# EXHIBIT A

Case: 3:17-cv-00151-wmc   Document #: 23-1   Filed: 06/15/17   Page 2 of 3

What is LinkedIn?   Join Today   Sign In

# Leigh Rothschild

Managing Director at Rothschild Trust Holdings, LLC

Miami/Fort Lauderdale Area | Research

**244**
connections

| | |
|---|---|
| Current | Rothschild Trust Holdings, LLC |
| Previous | BarPoint,Inc., IntraCorp Entertainment |
| Education | University of Miami - School of Business |

## Join LinkedIn and access Leigh's full profile. It's free!

As a LinkedIn member, you'll join 400 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact **Leigh** directly

### Summary

Mr. Rothschild is the Managing Member of Rothschild Trust Holdings, LLC an intellectual property holding company. From 2005 to 2006, he was Chairman and a Board Member of Connected Media Technologies Inc., a publicly traded intellectual property and digital media company. Mr. Rothschild is an established inventor who to date has been issued more then eighty US patents and has more than 150 patents pending worldwide. Mr. Rothschild's first patent was conceived when he was 17 years of age and granted shortly thereafter. Mr. Rothschild has licensed and sold patents within his patent portfolio to several major companies around the world and his technologies are in use at companies ranging from Pricegrabber.com to Sonic Solutions/InterActual to Neomedia, to the US Department of Commerce, and Citrix, among others. From October 1998 through February 2004, Mr. Rothschild was Chairman and founder of BarPoint.com, a NASDAQ publicly traded wireless information company that was the leader and early creator of tying symbology such as barcodes to the internet. Mr. Rothschild is the inventor of many patents in this area. Barpoint.com was sold in February of 2004. Prior to founding BarPoint, Mr. Rothschild was Chairman and Chief Executive Officer of IntraCorp Entertainment, Inc., a consumer software company with worldwide product distribution.

Mr. Rothschild is a former presidential appointee to the High-Resolution Board for the United States under former President George H. W. Bush. He has served Governors on technology boards and served as a special advisor to then Florida Secretary of Commerce Jeb Bush. Mr. Rothschild also served on the IT Florida Technology Board as an appointee of former Governor Jeb Bush. Mr. Rothschild chairs the Rothschild Family Foundation, which endows outstanding charities and institutions,

### Experience

**Managing Director**
Rothschild Trust Holdings, LLC
Present

**Chairman and CEO**
BarPoint,Inc.
January 1998 – January 2005 (7 years 1 month)

**Find a different Leigh Rothschild**

First Name | Last Name

**Example:** Leigh Rothschild


**Leigh Gail Rothschild**
--
United States


**Leigh Gail Rothschild**
Broker at Rothschild Realty
United States

More professionals named Leigh Rothschild

**People Also Viewed**


**Oisin Turner**
Property Manager/Surveyor at BNP Paribas Real Estate


**Bruce Schwack**


**Jon Casillas**
Sales Director at Foxworth Commercial Capital


**Stephen Key**
Inventor, Entrepreneur, Intellectual Property Strategist, Bestselling Author, & Speaker


**Connie Kazanjian**
Intellectual Property/Patents


**Atanu Das**
Attorney at Greer, Burns & Crain, Ltd.


**Charles de Rothschild III**
Managing Principle, Tour Noire Capital Management, LLC


**barbara Barbara Rothschild**
--

**Jay B. Johnson**
Partner at Brown Fox Kizzia & Johnson PLLC

**Brian Fried**
Inventor Consultant/Coach, Serial Inventor, Licensing Agent, Speaker, Author, Radio Host, Product Invention Development

Nasdq traded leading ecommerce company that invented linking barcodes to the internet. Sold in 2005. Patented technology now being used by companies such as Google, Ebay, and Microsoft among others.

Ads You May Be Interested In    What is LinkedIn?    Join Today    Sign In

**The Top Trial Lawyers**
Million Dollar Advocates Forum. Since 1993.

**Master's in Management**
Earn Your Degree from Tulane in Houston in 15 Months. Starting June 2016.

**University of Arizona**
Expedited 16 Month EMBA Degree Meet Just 4 Days A Month. Learn More!

### Chairman
IntraCorp Entertainment
1984 – 1988 (4 years)

## Languages

**English**
Native or bilingual proficiency

**French**
Limited working proficiency

## Education

### University of Miami - School of Business
Graduate Degree Business
1973 – 1975

Activities and Societies: Student member of Board of Trustees

## Interests

and Technology toys. Educating youth about inventions and patents and bringing great ideas to life!

History    Physics

## Groups

Patents - Intellectual…    Patents    IP Litigation    Independent Invento…