# **EXHIBIT B**

**Visit Related Sites:**  IV Lab  |  TerraPower  |  Kymeta  |  Global Good  |  Project Eureka  |  Echodyne  |  IVIDF

Home ➜ Inventors

# Inventor Spotlights

Inventors
Senior Inventors
Inventor Spotlights

## Leigh Rothschild
*Inventor & Managing Director, Rothschild Trust Holdings*
*Florida*

### 'Invention Mode' Is Rothschild's Primary Focus

Leigh Rothschild recognized early on that inventing would be his life. At just 17 years old he came up with his first invention, and then was issued his first patent in his 20s. Over the years his list of patents has grown dramatically.

"I have 60 patents—from computer servers to medical to 3D displays. Most of my inventions are related to technology, such as the method of tying QR codes to the internet," he said.

In order to make money at inventing, Rothschild has started a few businesses, including BarPoint.com, which provides on-line and wireless product information and shopping services. There was just one problem—he figured out quickly that getting into "business mode" was not his true passion.

"Setting up and running companies around my inventions has been cumbersome," he explained. "I'm not a 'runner'; I'm an inventor. I ended up selling two of my companies so that I could spend less time in business mode and more time in invention mode."

### Invention Industry Must Protect Individual Inventors

Big companies that want intellectual property (IP) don't always make licensing deals with individual inventors. Rothschild believes a channel to monetize his inventions through licensing should



"To be an inventor is great, but to have an outlet for those inventions is even better."

Get Printable Inventor Spotlight »

be in place. "It took me eight years and a lot of money to invent and patent my Blu-ray technology. I should be able to assert my IP."

So what can be done? Rothschild suggests that more inventors need to reach out to members of Congress and help them understand what inventors are up against. "They don't have the individual inventor perspective. Our voices are being drowned out by far bigger lobbying contingents."

"The survival of innovation depends, in large part, on patent governance. It goes back to the U.S. Constitution. Would you take away the right to patent inventions that have been the core of American innovation, such as the light bulb or the telephone?"

*"There's an art to packaging a patent, and Intellectual Ventures is a one-stop-shop when it comes to monetizing IP."*

Rothschild still remembers when Intellectual Ventures (IV) called him: "An inventor can call himself lucky when a call like that comes in." IV purchased several of his patents, from Blu-ray to GPS technology. "I'm very proud of my business relationship with IV. They recognize me as the only thing I've ever really wanted to be—an inventor."

Looking ahead, Rothschild says he will continue to focus on inventing as much as possible, and IV will be a channel that can help him get there. "There's an art to packaging a patent, and Intellectual Ventures is a one-stop-shop when it comes to monetizing IP. It's wonderful to have a company of some size and credibility that can help individual inventors monetize their IP. I hope I'm with IV for another 30 years."

**Visit Related Sites:**  IV Lab | TerraPower | Kymeta | Global Good | Project Eureka | Echodyne | IVIDF